AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:26-mj-61 |
| Andrew H. SCOLES | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andrew H. SCOLES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) Possession of a Firearm/Ammunition by a Convicted Felon
21 U.S.C. §§ 841(a)(1) Distribution of 50 grams or more of a mixture Containing Methamphetamine
21 U.S.C. §§ 841(b)(1)(B)(viii) Distribution of 50 grams or more of a mixture containing Methamphetamine

Date: February 6, 2026

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

### Return

This warrant was received on *(date)* 2/6/26, and the person was arrested on *(date)* 2/6/26
at *(city and state)* Columbus, OH.

Date: 2/6/26

*Arresting officer's signature*

Ryan Edwards, SA #7024
*Printed name and title*

OH ATF 0300